UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14303-ROSENBERG/MAYNARD

SALVADOR RIOS, JR.,

   Plaintiff,

v.

ANDREW M. SAUL, Commissioner,
Social Security Administration,

   Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

     This matter is before the Court upon the parties' cross Motions for Summary Judgment (DE 13, 17), which were previously referred to the Honorable Shaniek M. Maynard for a Report and Recommendation on any dispositive matters. DE 2. On August 28, 2020, Magistrate Judge Maynard issued a Report and Recommendation recommending that Defendant's Motion be granted and Plaintiff's Motion be denied. DE 21. Plaintiff filed objections to the Report and Recommendation on September 11, 2020. DE 22. The Court has conducted a *de novo* review of Magistrate Judge Maynard's Report and Recommendation, Plaintiff's objections, and the record, and is otherwise fully advised in the premises.

     Upon review, the Court finds Magistrate Judge Maynard's recommendations to be well reasoned and correct. The Court agrees with the analysis in Magistrate Judge Maynard's Report and Recommendation and concludes that Defendant's Motion should be granted and Plaintiff's Motion should be denied for the reasons set forth therein.

     For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

     1.  The Report and Recommendation [DE 21] is **ADOPTED**.

2. Defendant's Motion for Summary Judgment [DE 13] is **GRANTED**. Plaintiff's Motion for Summary Judgment [DE 17] is **DENIED**.

3. Defendant's final decision is **AFFIRMED**.

4. The Clerk of the Court shall **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of September, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record